| | |
|---|---|
| WENDY CENIS, | No. 1:17-cv-00863-LJO-JLT |
| Plaintiff, | |
| v. | ORDER RELATING AND REASSIGNING CASE |
| WINCO HOLDINGS, INC. et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Review of the above-captioned action reveals it is related under this court's Local Rule 123 to the following action pending before the undersigned: *Cenis v. Winco Holdings, Inc. et al.*, No. 1:15-cv-01502-DAD-JLT. These two actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned judges have not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Jennifer L. Thurston will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. Good cause appearing, the court orders that the above-captioned action is reassigned to U.S. District Judge Dale A.

/////

/////

1

Drozd and U.S. Magistrate Judge Jennifer L. Thurston.  All documents filed in this action shall bear the new case number:

1:17-cv-00863-DAD-JLT

IT IS SO ORDERED.

Dated: **July 5, 2017**

_____
UNITED STATES DISTRICT JUDGE