SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone:   (916) 498-7034
Facsimile:    (916) 558-4839

SEYFARTH SHAW LLP
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
WINCO HOLDINGS, INC.

BONONI LAW GROUP, LLP
Michael J. Bononi (SBN 130663)
mbononi@bononilawgroup.com
Christy W. Granieri (SBN 266392)
cgranieri@bononilawgroup.com
915 Wilshire Blvd, Suite 1950
Los Angeles, CA  90017
Phone:  (213) 553-9200

Attorneys for Plaintiff
WENDY CENIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY CENIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO HOLDINGS, INC., a corporation;<br>BRANDON RODGERS, an individual;<br>and DOES 1 through 25, inclusive.<br><br>　　　　　Defendants. | Case No. 1:17-cv-00863-DAD-JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**(Doc. 49)** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure Rule 16, Plaintiff Wendy Cenis and Defendant WinCo Holdings, Inc. jointly submit this stipulation to continue the Mandatory Settlement Conference currently set for March 2, 2018 at 9:30 a .m. Good cause exists for the continuance as follows: |

Pursuant to Federal Rule of Civil Procedure Rule 16, Plaintiff Wendy Cenis and Defendant WinCo Holdings, Inc. jointly submit this stipulation to continue the Mandatory Settlement Conference currently set for March 2, 2018 at 9:30 a .m. Good cause exists for the continuance as follows:

WHEREAS, the parties filed Cross-Motions for Summary Judgment ("Cross-MSJs"), which were both heard before Judge Drozd on December 19, 2017;

WHEREAS, Judge Drozd has not yet issued an order on the parties' Cross-MSJs;

WHEREAS, the parties' positions have not changed since filing their respective Cross-MSJs;

WHEREAS, the parties believe that settlement prospects can be better evaluated upon receipt of the Court's Order on the parties' Cross-MSJs, especially given that some or all claims may be dismissed;

WHEREAS, the parties anticipate that a two-month continuance of the Mandatory Settlement Conference may allow sufficient time for the Court to issue an Order on the parties' Cross-MSJs;

WHEREFORE, the parties jointly request that the Court continue the Mandatory Settlement Conference currently set for March 2, 2018 at 9:30 a.m. to either May 11, 2018, May 18, 2018, or a date thereafter that the Court is available.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted

Dated: February 22, 2018          SEYFARTH SHAW LLP


By:   */s/* Ari Hersher
    Kristina M. Launey
    Ari Hersher
    Tiffany T. Tran

Attorneys for Defendants
WINCO HOLDINGS, INC.

| | | |
|---|---|---|
| 1 | DATED: February 21, 2018 | BONONI LAW GROUP, LLP |
| 2 | | |
| 3 | | By:  */s/ Christy W. Granieri* |
| 4 | | Michael J. Bononi
Christy W. Granieri |
| 5 | | Attorneys for Plaintiff
WENDY CENIS |

Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use her electronic signature.

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED** that the Mandatory Settlement Conference currently set for March 2, 2018 at 9:30 a.m. is continued to May 23, 2018 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 22, 2018**        /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE