SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 498-7034
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
WINCO HOLDINGS, INC.

BONONI LAW GROUP, LLP
Michael J. Bononi (SBN 130663)
mbononi@bononilawgroup.com
Christy W. Granieri (SBN 266392)
cgranieri@bononilawgroup.com
915 Wilshire Blvd, Suite 1950
Los Angeles, CA 90017
Phone: (213) 553-9200

Attorneys for Plaintiff
WENDY CENIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY CENIS,<br><br>  Plaintiff,<br><br>  v.<br><br>WINCO HOLDINGS, INC., a corporation;<br>BRANDON RODGERS, an individual;<br>and DOES 1 through 25, inclusive.<br><br>  Defendants. | Case No. 1:17-cv-00863-DAD-JLT<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>(Doc. 51) |

Pursuant to Federal Rule of Civil Procedure Rule 26, Plaintiff Wendy Cenis and Defendant WinCo Holdings, Inc. jointly submit this stipulation to continue expert discovery deadlines in this matter. Good cause exists for the continuance as follows:

WHEREAS, the parties filed Cross-Motions for Summary Judgment ("Cross-MSJs"), which were both heard before Judge Drozd on December 19, 2017;

WHEREAS, the Court entered a Scheduling Order setting expert discovery deadlines as follows:

- The parties disclose expert on or before November 3, 2017;
- The parties disclose rebuttal experts on or before December 11, 2017;
- The parties complete all expert discovery on or before December 29, 2017;

WHEREAS, the parties stipulated to continue expert discovery deadlines to allow the Court to rule on the parties' Cross-MSJs prior to the parties' incurring additional litigation costs that would be rendered moot pending the Court's rulings on the Cross-MSJs;

WHEREAS, the Court ordered the case schedule amended as follows:

- The parties disclose experts no later than three weeks after the Court rules on the Cross-MSJS but in no event shall experts be disclosed later than March 16, 2018;
- Rebuttal experts shall be disclosed three weeks thereafter but no later than April 6, 2018;
- Expert discovery shall be completed four weeks after the deadline for disclosure of rebuttal experts but no later than May 4, 2018;

WHEREAS, the Court has not yet issued rulings on the parties' Cross-MSJs;

WHEREAS, the parties agree that a further continuance of expert discovery deadlines will allow the Court additional time to rule on the parties- Cross-MSJs and prevent unnecessary costs associated with expert discovery in the event the Court dismisses some, or all, of Plaintiff's claims;

WHEREFORE, the parties jointly request that the Court continue the expert discovery deadlines as follows:

- The parties disclose expert on or before April 20, 2018;
- The parties disclose rebuttal experts on or before May 2, 2018;
- The parties complete all expert discovery on or before May 25, 2018.

| | |
|---|---|
| 1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.** |
| 2 | Respectfully submitted |
| 3 | Dated: March 12, 2018    SEYFARTH SHAW LLP |

Dated: March 12, 2018    SEYFARTH SHAW LLP

By: */s/* Tiffany T. Tran
    Kristina M. Launey
    Ari Hersher
    Tiffany T. Tran

Attorneys for Defendants
WINCO HOLDINGS, INC.

Dated: March 6, 2018    BONONI LAW GROUP, LLP

By: */s/ Christy W. Granieri*
    Michael J. Bononi
    Christy W. Granieri

Attorneys for Plaintiff
WENDY CENIS

Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use her electronic signature.

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED** that the current expert discovery deadlines be continued as follows:

- The parties disclose expert on or before April 20, 2018;
- The parties disclose rebuttal experts on or before May 2, 2018;
- The parties complete all expert discovery on or before May 25, 2018[1].

**The parties are advised that, regardless of whether the motion for summary judgment is decided, no further extensions of time will be granted related to expert discovery.**

IT IS SO ORDERED.

Dated: __**March 12, 2018**__         _____/s/ Jennifer L. Thurston_____
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In granting this stipulation, the Court assumes the parties are aware that there is no extension of time sought or granted related to non-dispositive motions.