UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY CENIS, an individual, | Case No.: 1:17-CV-00863-DAD-JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINE |
| v. | |
| WINCO HOLDINGS, INC., a corporation; BRANDON RODGERS, an individual; and DOES 1 through 25, inclusive. | |
| Defendants. | |

On May 9, 2018, the parties stipulated to continue the expert discovery deadline, pre-trial conference, and trial dates. (Docs. 53, 54) Based upon the stipulation of the parties, the Court **ORDERS**:

　　1.　The expert discovery deadline is continued from May 25, 2018 to **July 28, 2018**.

IT IS SO ORDERED.

　　Dated:　__May 13, 2018__　　　　　　　　_____/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE